931 F.2d 49
 Bush (Douglas, Lisa, Douglas Jr., Crystal)
v.
City of Wilmington, County Council of Wilmington, Frawley
(Daniel), Donovan (Bernard), Corrigan (Lawrence), Donohue
(Martin), Payne (Donald), Baker (James M.), Blunt
(Theodore), White (Joe L.), Scott (Arthur L.), Prado (Jesus
M.), Czerwinski (Joseph S.), Ytes (Charles L.), O'Donnell
(Beth), Bartkowski (Richard J.), Gregory (Theopolis K.),
Poppiti (Robert F.), Walsh (Loretta), Pryor (Richard V.)
 NO. 90-3678
 United States Court of Appeals,
Third Circuit.
 MAR 18, 1991
 
 Appeal From: D.Del.,
 Roth, J.
 
 
 1
 AFFIRMED.